UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CAMERON TYLER CHERRY,

    Petitioner,

v.                                               Case No.  3:16cv108/MCR/CJK

JULIE JONES,

    Respondent.
_____/

REPORT AND RECOMMENDATION

    This habeas case, filed under 28 U.S.C. § 2254, is before the court upon referral from the clerk.  On March 16, 2016, the court denied petitioner's motion to proceed *in forma pauperis* and directed him to pay the $5.00 filing fee within thirty days.  (Doc. 4).[1]  Petitioner was warned that failure to pay the filing fee would result in dismissal of this case.

    After petitioner failed to pay the filing fee, the court issued an order on May 2, 2016, requiring petitioner to show cause why this case should not be dismissed.  (Doc. 6).  Petitioner responded, in an unsworn and unsigned document, that he

---

[1] Petitioner's trust fund account statement reflected a balance of $19.53 at the time petitioner filed his petition, and also reflected that petitioner received, on average, $53.33 per month in deposits during the six-month period immediately preceding the filing of his petition.  (Doc. 4; *see also* Doc. 2).

"currently has no funds in his account" and "doesn't know when he will receive any funds". (Doc. 7, p. 1). Petitioner requested that the court place a $5.00 lien on his inmate account and require his institution to pay the filing fee once he received sufficient funds. (*Id*.). By order issued May 16, 2016, the court allowed petitioner an additional thirty days in which to either pay the $5.00 filing fee, or substantiate his claim of insufficient funds by submitting an updated account statement reflecting transactions in his account for the period March 2, 2016, to the present. (Doc. 8). Petitioner was warned that failure to timely comply with the order would result in a recommendation that this case be dismissed. To date, petitioner has not responded to the order.

Accordingly, it is respectfully RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE for petitioner's failure to comply with an order of the court.

2. That the clerk be directed to close the file.

At Pensacola, Florida this 6th day of July, 2016.

>  */s/* *Charles J. Kahn, Jr.*
> **CHARLES J. KAHN, JR.**
> **UNITED STATES MAGISTRATE JUDGE**

*Case No. 3:16cv108/MCR/CJK*

## NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of objections shall be served upon the magistrate judge and all other parties.  A party failing to object to a magistrate judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.  *See* 11th Cir. R. 3-1; 28 U.S.C. § 636.